Richard M. Hoefflin, Esq., SBN 061519
E-mail: rmhoefflin@hoefflinlaw.com
Jason M. Burrows, Esq., SBN 190159
E-mail: jburrows@hoefflinlaw.com
**HOEFFLIN · BURROWS,**
**A Law Corporation**
2659 Townsgate Road, Suite 232
Westlake Village, CA 91361-2756
Tel: (805) 497-8605
Fax: (805) 497-8625

Attorneys for Plaintiff Agrovit, Inc., a Delaware corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Southern Division)

| | |
|---|---|
| AGROVIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMASPHALT, INC., a Nevada corporation;<br>WILLIAM STEWART, an individual;<br>AMALIA VAZQUEZ, an individual;<br>STEWART & BARNETT, a partnership; et al.<br><br>Defendants. | Case No.:  SA CV- 94-380 GLT (EEx)<br>[8:94-cv-380]<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br>**[124-127]**<br><br>(CORRECTED 8/5/2015 TO REVISE DATE SIGNED BY CLERK) |

      The Clerk of Court, having considered Plaintiff AGROVIT, INC.'s ("AGROVIT") [Proposed] Renewal of Judgment by Clerk:

      Renewal of Judgment in favor of Plaintiff AGROVIT, INC. ("AGROVIT") and against Defendants DERMASPHALT, INC. ("DERMASPHALT"), WILLIAM STEWART ("STEWART"), AMALIA VASQUEZ, also known as Amalia Del Toro ("VASQUEZ"), and the Law Partnership of STEWART & BARNETT ("STEWART & BARNETT"), to be entered as follows:

///

1.  <u>Title of Court and Number of Action</u> (Code of Civ Proc. §683.140(a).)

The title of the Court where the original Judgment that is the subject of this application for renewal is the United States District Court for the Central District of California, Southern Division, 411 West Fourth Street, #1053, Santa Ana, California 92701-4516.   The cause and number of the action is SA CV 94-380 GLT (EEx)  [8:94-cv-380].

2.  <u>Date of Entry/Renewals</u> (Code of Civ Proc. §683.140(b).)

The date of entry of the Judgment that is the subject of this application is February 9, 1996.   There has been one previous renewal of said Judgment dated January 25, 2006.

3.  <u>Addresses of Creditor and Debtors</u> (Code of Civ Proc. §683.140(c).)

The address of the Judgment Creditor, Agrovit, Inc., is c/o Richard M. Hoefflin, Esq., Hoefflin · Burrows, A Law Corporation, 2659 Townsgate Road, Suite 232, Westlake Village, CA 91361-2756.  The last known addresses of the judgment debtors are as follows:

A.  Dermasphalt, Inc., 1502 North Broadway, Santa Ana, CA   92706

B.  William Stewart, 20271 SW Birch Street, #100, Newport Beach, CA 92660; 1912 N. Broadway, Santa Ana, CA  92706

C.  Amalia Vasquez, aka Amalia Del Toro, 2 Woodfall, Irvine, CA 92604; 31381 Coast Hwy., Laguna Beach, CA  92651-6989

D.  Law Partnership of Stewart & Barnett, c/o William Stewart, 20271 SW Birch Street, #100, Newport Beach, CA 92660 ; 1912 N. Broadway, Santa Ana, CA  92706

4.  No part of said Judgment has been paid to the Judgment Creditor, Agrovit, Inc.

5.  <u>Information Necessary to Compute Judgment Amount</u> (Code of Civ Proc. §683.140(d).)

**A.     For Dermasphalt, Inc.**
Total First Renewal Judgment ......................................... $2,162,170.82
Credits ............................................................................    -0-
Interest after renewal judgment ($592.38 per day per
    Schedule 1, times 3383 days)………………………    $2,004,021.54
Fee for filing renewal application (not requested) ............  -0-
**Total Renewed Judgment .............................................    $4,166,192.36**

**Hoefflin · Burrows, A Law Corporation**
2659 Townsgate Road, Suite 232
Westlake Village, California  91361
805-497-8605

RENEWAL OF JUDGMENT BY CLERK         2

**B. For William Stewart:**
| | |
|---|---:|
| Total First Renewal Judgment | $2,162,170.82 |
| Credits | -0- |
| Interest after renewal judgment ($592.38 per day per Schedule 1, times 3383 days) | $2,004,021.54 |
| Fee for filing renewal application (not requested) | -0- |
| **Total Renewed Judgment** | **$4,166,192.36** |

**C. For Amalia Vasquez:**
| | |
|---|---:|
| Total First Renewal Judgment | $2,150,430.82 |
| Credits | -0- |
| Interest after renewal judgment ($589.16 per day per Schedule 1, times 3383 days) | $1,993,128.28 |
| Fee for filing renewal application (not requested) | -0- |
| **Total Renewed Judgment** | **$4,143,559.10** |

**D. For Law Partnership of Stewart and Barnett:**
| | |
|---|---:|
| Total First Renewal Judgment | $54,113.00 |
| Credits | -0- |
| Interest after renewal judgment ($14.82 per day per Schedule 1, times 3383 days) | $50,136.06 |
| Fee for filing renewal application (not requested) | -0- |
| **Total Renewed Judgment** | **$104,249.06** |

CLERK OF COURT

Dated: 7/20/2015      s/ J. Remigio
                     Deputy Clerk

**Hoefflin · Burrows, A Law Corporation**
2659 Townsgate Road, Suite 232
Westlake Village, California 91361
805-497-8605

RENEWAL OF JUDGMENT BY CLERK